# In the United States Court of Federal Claims

No. 11-688C
(Filed: October 27, 2011)

|  |  |
|---|---|
| TUCU ISAAC, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) |

**O R D E R**

      The court is in receipt of Mr. Isaac's submission, filed on October 25, 2011, which upon review fails to comply with the court rules for filing complaints[1]. The submission fails to comport with proper formatting as required by Rule 4 of the Rules of the United States Court of Federal Claims ("RCFC"). In addition, Mr. Isaac's submission fails to state a claim – he provides neither "a short and plain statement . . . showing that he is entitled to relief" nor "a demand for the relief sought" – as required by RCFC 8(a). Accordingly, the Clerk is directed to **DISMISS** the complaint.

**IT IS SO ORDERED.**

      s/Nancy B. Firestone
      NANCY B. FIRESTONE
      Judge

---

[1] Mr. Isaac's application to proceed *in forma pauperis* is **GRANTED** for the limited purpose of issuing this order of dismissal.